IN THE UNITED STATES DISTRICT COURTS
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| ROCHELLE DRIESSEN | § | |
|     Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 4:12cv309 |
| | § | |
| SOUTH AFRICAN RESERVE BANK, ET AL., | § | |
|     Defendants. | § | |

## MEMORANDUM ADOPTING REPORT AND RECOMMENDATIONS OF THE UNITED STATES MAGISTRATE JUDGE

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the United States Magistrate Judge pursuant to 28 U.S.C. § 636.  On July 25, 2012, the report of the Magistrate Judge was entered containing proposed findings of fact and recommendations that this case be dismissed without prejudice for want of prosecution (*see* Dkt. 11).  On August 31, 2012, the Magistrate Judge entered an order regarding Plaintiff's failure to appear at a status conference as directed, noting that his recommendation of dismissal remained (*see* Dkt. 18)

Having received the report and order of the United States Magistrate Judge, and no objections thereto having been timely filed, this court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's recommendations as the findings and conclusions of the court.  Therefore, this case shall be dismissed without prejudice for want of prosecution.

**IT IS SO ORDERED.**

**SIGNED this the 13th day of September, 2013.**

_____
RICHARD A. SCHELL
UNITED STATES DISTRICT JUDGE